IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR LITIGATION<br><br>This Document Relates to:<br>*Robert Setser, et al. v. Koninklijke Philips NV et al.*<br>*Case No. 2:22-cv-01339-JFC* | Master Docket No. 2:21-mc-1230<br><br>MDL No. 3014 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Robert Setser and Bonnie Setser voluntarily dismiss all causes of action against all Defendants without prejudice. Neither an answer to the complaint nor a motion for summary judgment has been served.

Dated: January 27, 2023

Respectfully submitted:

/s/ Russ W. Ercolani_____

Russ W. Ercolani (SBN 240493)
Melissa L. Emerson (SBN 343982)
ERCOLANI LAW GROUP
31225 La Baya Dr., Suite 113
Westlake Village, CA 91362
Telephone: +1 805 338 6880
Facsimile: +1 805 367 4454
Russ@ErcolaniLawGroup.com
Melissa@ErcolaniLawGroup.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, the foregoing Plaintiffs' Notice of Voluntary Dismissal was served via the Court's CM/ECF electronic filing system, which sends a notice of electronic filing to all counsel of record in this case.

Dated: January 27, 2023                              /s/ Russ W. Ercolani
                                                     Russ W. Ercolani